UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH JAY FORD,

        Petitioner,

v.

DUNCAN MACLAREN,

        Respondent.

                         /

Case No. 2:17-CV-129

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's September 25, 2019, Report and Recommendation recommending that the Court deny both Petitioner's petition for writ of habeas corpus and his request to stay this case and hold it in abeyance pending his exhaustion of state-court remedies with respect to new claims and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on September 25, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the September 25, 2019, Report and Recommendation (ECF No. 12) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: October 17, 2019                                                        /s/ Gordon J. Quist
                                                                                    GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE